PAUL SYBY v. VORNADO, INC.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C. E. S.

January 29, 1974. Petition for certification denied.

ERNEST JOHNSON v. ELIZABETH IRON WORKS, INC.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL JOSEPH WILSON.

January 29, 1974. Petition for certification denied.

HEDWIG KOWALEWSKI v.
TUNGSTEN PRODUCTS CORPORATION.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MARK B. EPSTEIN.

January 29, 1974. Petition for certification denied.